UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Vincent Bowers,

        Plaintiff,

v.

Mercantile Adjustment Bureau, LLC,

        Defendant.

Civil Action No.: 12cv0507-RJA-HBS

---

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel, that this action, and all claims asserted therein, are DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs and fees.

Dated: 8-14-12

_____
Cyrus B. Chubineh
Law Office of Cyrus B. Chubineh
P.O. Box 714
Getzville, NY 14068
Tel: 716-864-0715
chubineh@yahoo.com

*Attorney for Plaintiff*

Dated:

_____
Michael Del Valle
Sessions, Fishman, Nathan &
Israel of New York, LLC
130 John Muir Drive, Suite 106
Amherst, NY 14228
Tel: 716-625-7492
mdelvalle@sessions-law.biz

*Attorney for Defendant*